CAUSE NO. 25506

| THE STATE OF TEXAS | § | IN THE 6th DISTRICT COURT |
| | § | FILED IN |
| V. | § | OF              6th COURT OF APPEALS |
| | § | TEXARKANA, TEXAS |
| RODNEY BOYETT | § | LAMAR COUNTY, TEXAS 2/10/2015 10:15:54 AM |

DEBBIE AUTREY
Clerk

<u>DEFENDANT'S NOTICE OF APPEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RODNEY BOYETT the Defendant in the above-styled and numbered cause and gives his Notice of Appeal to the 6th Court of Appeals of Texas from the judgment(s) rendered against him. Counsel does not volunteer to serve as appellate counsel. Counsel signs below only for purposes of perfecting the right to appeal.

_____

Rodney Boyett, Defendant

OR

Respectfully submitted,

By: _____

G. Donald Haslam, Jr., Counsel for
Defendant, TBA # 24071792, OBA #17873
3140 Clark Lane
Paris, TX 75460
903-739-9221
888-541-9780 FAX
haslamlaw@att.net

FILED FOR RECORD
LAMAR COUNTY, TEXAS
2015 FEB -4 P 1: 28
SHANNEL GOLDEN
DISTRICT CLERK
BY_____ DEPUTY

1